Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67759.—Biddle Purchasing Co. *v.* United States, protest 62/14248 (Charleston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67760.—Union Brokerage Co. *v.* United States, protest 329365–K (Pembina).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C.D. 1923), the claim of the plaintiff was sustained.

No. 67761.—Joseph Markovits, Inc. *v.* United States, protest 60/22948 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of hemp corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

No. 67762.—Hybern, Inc., dba The Akron *v.* United States, protests 61/8894 and 61/19668 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chessboards which have marble as their component material of chief value, the claim of the plaintiff was sustained.